MARCH 18, 1996

No. 95–6759. HAWKINS *v.* UNITED STATES. C. A. 8th Cir. Motion of petitioner to amend petition for writ of certiorari granted. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States, ante,* p. 137.

No. 95–7528. JACKSON *v.* TEXAS. Ct. App. Tex., 5th Dist. Certiorari dismissed.

No. D–1590. IN RE DISBARMENT OF SMITH. Motion to recall and amend the judgment denied. [For earlier order herein, see, *e. g., ante,* p. 984.]

No. D–1625. IN RE DISBARMENT OF GAJEWSKI. Disbarment entered. [For earlier order herein, see *ante,* p. 1038.]

No. D–1627. IN RE DISBARMENT OF RICHARDS. Disbarment entered. [For earlier order herein, see *ante,* p. 1038.]

No. D–1630. IN RE DISBARMENT OF TOMS. James Huston Toms, of Hendersonville, N. C., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on January 8, 1996 [*ante,* p. 1039], is discharged.